**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GAFUR-ARSLANBEK AKHEMDOVICH RAKHIMOV, <br><br>  Plaintiff, <br><br> v. <br><br> ANDREA M. GACKI, *et al.*, <br><br>  Defendants. | Civil Action No. 19-2554 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss or, in the alternative, for summary judgment, it is hereby ORDERED that the motion is GRANTED; and it is further

ORDERED that this action is DISMISSED.

**SO ORDERED**


Dated: _____    _____
                                JAMES E. BOASBERG
                                United States District Judge