UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAFUR-ARSLANBEK AKHEMDOVICH RAKHIMOV, )<br><br>Plaintiff, )<br><br>v. )<br><br>ANDREA M. GACKI, *et al.*, )<br><br>Defendants. ) | Civil Action No. 1:19-cv-2554 (JEB) |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(a) and Local Rule 7(h), Plaintiff Gafur-Arslanbek Akhemdovich Rakhimov hereby moves for summary judgment on the grounds that Defendants' actions are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, and are in violation of Plaintiff's due process rights under the Fifth Amendment to the U.S. Constitution and the Administrative Procedure Act, 5 U.S.C. § 551 *et seq*. Plaintiff also respectfully requests that this Court deny Defendants' motion to dismiss or, in the alternative, for summary judgment.

In support of this motion and opposition, Plaintiff relies upon the attached memorandum of points and authorities. A proposed order also is attached.

February 4, 2020

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.

1

2

FERRARI & ASSOCIATES, P.C.
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253


Attorney for Plaintiff
*Gafur Rakhimov*