# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAFUR-ARSLANBEK AKHEMDOVICH RAKHIMOV,<br><br>   Plaintiff,<br><br> v.<br><br>ANDREA M. GACKI, *et al.*,<br><br>   Defendants. | Civil Action No. 19-2554 (JEB) |

## NOTICE OF FILING OF AMENDED CERTIFIED INDEX
## TO ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n)(1), attached hereto is an amended certified index of the contents of the Administrative Record in this case. A redacted copy of the Administrative Record has been provided to counsel for Plaintiff.

Dated February 20, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAFUR-ARSLANBEK
AKHEMDOVICH RAKHIMOV,

    Plaintiff,

v.

ANDREA M. GACKI, *et al.*,

    Defendants.

Civil Action No. 19-2554 (JEB)

## AMENDED CERTIFICATION OF ADMINISTRATIVE RECORD

I, Ripley Quinby, declare as follows:

1. I am currently employed as the acting Deputy Associate Director in the Office of Global Targeting at the U.S. Department of the Treasury, Office of Foreign Assets Control (OFAC).

2. I have been with OFAC as either a contractor or an OFAC government employee since 2015, first as a Sanctions Investigator, then as a Section Chief for OFAC's Strategic Targeting Section, and then as an Assistant Director for the Counterterrorism, Human Rights, and Corruption Division, before assuming my current position. In my present role, I oversee the production of evidentiary memoranda for the purposes of sanctions actions across all of OFAC's sanctions programs, including those pursuant to Executive Order 13581 of July 24, 2011, "Blocking Property of Transnational Criminal Organizations." Further, I supervise the production of unclassified, non-privileged versions of the evidentiary memoranda to designees and their counsel, upon request. As such, I am authorized to certify the truth and correctness of official records of OFAC, and of other documents recorded or filed with OFAC.

3. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

4. I hereby certify to the best of my knowledge and belief that the documents described in the attached index constitute a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with OFAC's decision to amend the designation of Plaintiff Gafur-Arslanbek Akhemdovich Rakhimov as a Specially Designated National and Blocked Person ("SDN") on December 22, 2017. The administrative record includes both: (1) unclassified non-privileged documents (which have been provided separately to Plaintiff); and (2) classified and privileged documents (which will be submitted *ex parte* and *in camera* to the Court). As of February 20, 2020, OFAC has revised the index to remove the redactions previously applied to the following exhibit descriptions:

   a. Description of Exhibit 54 at Bates number TCO-9982 0462-0463

   b. Description of Exhibit 55 at Bates number TCO-9982 0464-0467

   c. Description of Exhibit 66 at Bates number TCO-9982 0530-0534

   d. Description of Exhibit 67 at Bates number TCO-9982 0535-0539

   e. Description of Exhibit 77 at Bates number TCO-9982 0608-0610

   f. Description of Exhibit 83 at Bates number TCO-9982 0654-0656

In accordance with 28 U.S.C. § 1746, I certify and declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 20, 2020

Ripley Quinby
Acting Deputy Associate Director
Office of Global Targeting
Office of Foreign Assets Control

~~TOP SECRET~~ ██████████

## (U) Certified Index - *Rakhimov v. Gacki, et. al., 19-2554* (D.D.C)

### (U) LIST OF EXHIBITS

| | Bates No(s) |
|---|---|
| (U) Exhibit 1: White House \| Executive Order 13581 \| July 24, 2011 | 0023-0026 |
| (U) Exhibit 2: *New York Times* \| "Vory v Zakone has Hallowed Place in Russian Criminal Lore" \| July 29, 2008 | 0027-0030 |
| (S█████) Exhibit 3: ██████████ | 0031-0037 |
| (U) Exhibit 4: *Russia Beyond the Headlines* \| "'Thieves-in-Law': Russia's Close-Knit Criminal Corporation" \| July 21, 2016 | 0038-0041 |
| (U) Exhibit 5: *The National* \| "The Who's Who of Moscow Mobsters" \| August 5, 2009 | 0042-0046 |
| (U) Exhibit 6: Gavin Slade \| *Reorganizing Crime – Mafia and Anti-Mafia in Post-Soviet Georgia* \| 2013 | 0047-0092 |
| (U) Exhibit 7: Jamie Glazov \| "Remembering a Dissident" \| *Frontpage Mag* \| March 15, 2015 | 0093-0099 |
| (U) Exhibit 8: Yuri Glazov \| "'Thieves' in the USSR – a Social Phenomenon" \| *Survey* (from *Russian and Post-Soviet Organized Crime*, ed. Mark Galeotti, 2002) \| 1976 | 0100-0118 |
| (U) Exhibit 9: Federico Varese \| *The Russian Mafia – Private Protection in a New Market Economy* \| 2001 | 0119-0139 |
| (U) Exhibit 10: Joseph D. Serio \| *Investigating the Russian Mafia* \| 2008 | 0140-0157 |
| (U) Exhibit 11: *Russia Beyond the Headlines* \| About Us ██████████ date data was accessed) | 0158-0159 |
| (U) Exhibit 12: Vadim Volkov \| *Violent Entrepreneurs the Use of Force in the Making of Russian Capitalism* \| 2002 | 0160-0168 |
| (U) Exhibit 13: Caroline Humphrey \| *The Unmaking of Soviet Life – Everyday Economies After Socialism* \| 2002 | 0169-0178 |
| (U) Exhibit 14: Georgi Glonti and Givi Lobjanidze \| *Professional Crime in Georgia (Thieves in the Law)* \| 2004 | 0179-0221 |
| (U) Exhibit 15: International Crisis Group \| "Kyrgyzstan's Prison System Nightmare" \| August 16, 2006 | 0222-0233 |
| (U//FOUO) Exhibit 16: ██████████ | 0235-0237 |
| (U) Exhibit 17: Treasury \| "Transnational Criminal Organizations Designations" \| December 20, 2012 | 0238-0239 |

██████████ 18

~~TOP SECRET~~ ██████████

~~TOP SECRET~~ ███████████████

| | |
|---|---|
| (U) Exhibit 18: ██████████████████████████ | 0240-0252 |
| (U) Exhibit 19: Spanish MoJ | Kalashov Sentencing Document | March 21, 2011 | 0253-0267 |
| (U) Exhibit 20: *Jane's Intelligence Review* | "Return of Mob Rule -- The Resurgence of Gangsterism in Russia" | April 1, 2013 | 0268-0276 |
| (U) Exhibit 21: In Moscow's Shadows | "About" | ████████ (date data accessed) | 0277-0278 |
| (U) Exhibit 22: *Rumafia.com* | "Kingpins in the FSB's Service" | July 28, 2011 | 0279-0289 |
| (S██████) Exhibit 23: ████████████████████ | 0290-0294 |
| (U) Exhibit 24: *Crime Russia* | "About the Project 'Criminal Russia'" ██████ (date data accessed) | 0295-0297 |
| (U) Exhibit 25: *Crime Russia* | "Nedelya, Caught Up at Criminal Gathering, Jumped to Dnepr to Escape Law Enforcement Officers" ██████ | 0298-0300 |
| (S██) Exhibit 26: ██████████████████████ | 0301-0306 |
| (U) Exhibit 27: ██████████████████████████ | 0307-0309 |
| (U) Exhibit 28: Treasury | "Magnitsky-related Designations; Counter Terrorism Designations" | January 9, 2017 | 0310-0311 |
| (U) Exhibit 29: *The Moscow Times* | "Medvedev Goes After Mobsters" | November 5, 2009 | 0313-0313 |
| (U) Exhibit 30: *Crime Russia* | "Thief in Law as Lifestyle: Lera Sumskoy Takes the Path of Sasha Sever" | November 8, 2016 | 0314-0316 |
| (U//FOUO) Exhibit 31: ████████████████████ | 0317-0319 |
| (U) Exhibit 32: ██████████████████████████ | 0320-0328 |
| (U//FOUO) Exhibit 33: ████████████████████ | 0329-0331 |
| (U) Exhibit 34: ██████████████████████████ | 0332-0334 |
| (U) Exhibit 35: ██████████████████████████ | 0335-0338 |
| (U) Exhibit 36: *Rumfia.com* | "Law Enforcers Serving Grandpa Khassan" | August 5, 2011 | 0339-0347 |
| (U) Exhibit 37: Treasury | "Treasury Imposes Sanctions on Key Members of the Yakuza and Brothers' Circle Criminal Organizations" | February 23, 2012 | 0348-0351 |

<del>TOP SECRET</del> ███

(U) Exhibit 38: *Prime Crime* | "Voskres Received Two Years for Hooliganism" | December 28, 2005 — 0352-0357

(U) Exhibit 39: *Prime Crime* | "Pichugin, Yuri Viktorovich" ███ date data was accessed) — 0358-0361

(U) Exhibit 40: *Crime Russia* | "'Radzhik' and Criminal Lieutenants Detained in One of the Capital's Restaurants in Possession of Drugs" | January 23, 2015 — 0362-0366

(U) Exhibit 41: *Crime Russia* | "Tyurik, Voskres, Zabava, Tsirkach, Teko, Pichuga, Matsik, and Radzhik Detained on a *Skhodka* in Moscow" | January 23, 2015 — 0367-0369

(U) Exhibit 42: *Prime Crime* | "Case Against Gocha: Shakro Molodoy Detained at a *Skhodka* in Krasnaya Polyana" | March 18, 2015 — 0370-0372

(U) Exhibit 43: *Prime Crime* | "Belorussian Thief-in-Law Sasha Kushner has been Convoyed to Karelia" | September 16, 2011 — 0373-0375

(U) Exhibit 44: MacArthur Foundation | "Valery Chalidze" | January 1, 2005 — 0376-0377

(U) Exhibit 45: Valery Chalidze | *Criminal Russia – Essays on Crime in the Soviet Union* | 1977 — 0378-0394

(U) Exhibit 46: Stephen Handelman | "Thieves in Power: the New Challenge of Corruption" | *Nations in Transit 2001* | 2001 (accessed at unpan1.un.org/intradoc/groups/public/documents/nispacee/unpan008083.pdf on ███ — 0395-0405

(U) Exhibit 47: INTERPOL | "Project Millennium" | ███ date data accessed) — 0406-0407

(U) Exhibit 48: *Agenda ge* | "Interior Minister: 'We Have Info Some Political Parties Plan Election Provocations'" | September 13, 2016 — 0408-0409

(U) Exhibit 49: EDNY | "Nine Members of Eastern European Organized Crime Syndicate Charged with Racketeering, Extortion, Loansharking, Illegal Gambling, and Drug Trafficking" | November 9, 2016 — 0410-0414

(S███) Exhibit 50: ███ — 0415-0441

(U) Exhibit 51: Gafurrakhimov.uz | Rakhimov Gafur Akhmedovich ███ date data was accessed) — 0442-0444

(TS███) Exhibit 52: ███ — 0445-0457

(S███) Exhibit 53: ███ — 0458-0461

(U) Exhibit 54: White House | "Letter from the President on the Foreign Narcotics Kingpin — 0462-0463

<del>TOP SECRET</del> ███

20

~~TOP SECRET~~ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Designation Act" | June 1, 2011

(U) Exhibit 55: *24.kg* | "Kirgizstan Awaits Another Wave of Ordered Assassinations and a Regrouping of Criminal Structures?" | May 21, 2008    0464-0467

(S▮▮) Exhibit 56: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    0468-0478

(~~TS~~▮▮) Exhibit 57: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    0479-0485

(S▮▮) Exhibit 58: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    0486-0493

(U) Exhibit 59: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    0494-0497

(U) Exhibit 60: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    0498-0501

(~~TS~~▮▮) Exhibit 61: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    0502-0507

(U) Exhibit 62: *Rospres* | Gafur-Arslanbek Akhmedovich Rakhimov ▮▮▮▮▮ (date data was accessed)    0508-0511

(U) Exhibit 63: Robert Rand | *Tamerlane's Children: Dispatches from Contemporary Uzbekistan* | 2006    0512-0520

(S▮▮) Exhibit 64: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    0521-0525

(U) Exhibit 65: ABC News | Alleged Heroin Kingpin Helped Russia Win Olympics for Sochi | January 30, 2014    0526-0529

(U) Exhibit 66: *New Generation* | "Asiatic Columbia" | November 18, 2005    0530-0534

(U) Exhibit 67: *New Generation* | About *New Generation* | ▮▮▮▮▮ (date data was accessed)    0535-0539

(~~TS~~▮▮) Exhibit 68: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    0540-0561

(U) Exhibit 69: *Fergana* | "Uzbekistan: A Well-Known Businessman and Former President of the Asian Boxing Federation Gafur Rakhimov is on the Wanted List" | March 5, 2013    0562-0565

(U//~~FOUO~~) Exhibit 70: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    0566-0570

(~~TS~~▮▮) Exhibit 71: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    0571-0576

(S▮▮) Exhibit 72: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    0577-0581

(S▮▮) Exhibit 73: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    0582-0586

~~TOP SECRET~~ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮    21

TOP SECRET ▓▓▓

(S▓▓▓ Exhibit 74: ▓▓▓ 0587-0591
(S▓▓▓ Exhibit 75: ▓▓▓ 0592-0596
(S▓▓▓ Exhibit 76: ▓▓▓ 0597-0607
(U) Exhibit 77: Treasury | "Treasury Targets Leading Figures and Syndicate of Transnational Criminal Organizations" | July 2, 2014   0608-0610
(S▓▓ Exhibit 78: ▓▓▓ 0611-0612
(TS▓ Exhibit 79: ▓▓▓ 0613-0618
(TS▓ Exhibit 80: ▓▓▓ 0619-0630
(TS▓ Exhibit 81: ▓▓▓ 0631-0646
(TS▓ Exhibit 82: ▓▓▓ 0647-0653
(U) Exhibit 83: *Prime Crime* | Leontyev Vladislav ▓▓▓ (date data was accessed) 0654-0656
(TS▓ Exhibit 84: ▓▓▓ 0657-0662
(S▓ Exhibit 85: ▓▓▓ 0663-0667
(TS▓ Exhibit 86: ▓▓▓ 0668-0670
(C▓ Exhibit 87: ▓▓▓ 0671-0686
(S▓ Exhibit 88: ▓▓▓ 0687-0690
(U) Exhibit 89: ▓▓▓ 0691-0722

TOP SECRET ▓▓▓   22