IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAFUR-ARSLANBEK AKHEMDOVICH RAKHIMOV,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA M. GACKI, *et al.*,<br><br>Defendants. | Civil Action No. 19-2554 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss or, in the alternative, for summary judgment, ECF No. 12, and Plaintiff's cross-motion for summary judgment, ECF Nos. 13-14, it is hereby

ORDERED that Defendants' motion to dismiss or, in the alternative, for summary judgment, is GRANTED; and it is further

ORDERED that Plaintiff's cross-motion for summary judgment is DENIED; and it is further

ORDERED that this action is DISMISSED.

**SO ORDERED**

Dated: _____                    _____
                                            JAMES E. BOASBERG
                                            United States District Judge