# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAFUR-ARSLANBEK AKHEMDOVICH RAKHIMOV,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREA M. GACKI, *et al.*,<br><br>    Defendants. | Civil Action No. 19-2554 (JEB) |

## NOTICE OF CLASSIFIED AND PRIVILEGED LODGING

Defendants, through undersigned counsel, hereby provide notice that the Government is lodging for submission classified and privileged information today, March 16, 2020, in support of their motion to dismiss or, in the alternative, for summary judgment, ECF No. 12, and in support of their opposition to Plaintiff's cross-motion for summary judgment, ECF No. 13. This *ex parte*, *in camera* submission includes classified portions of the administrative record in this matter. *See* 50 U.S.C. § 1702(c) (permitting *ex parte*, *in camera* review of classified information used in designations pursuant to the International Emergency Economic Powers Act); Executive Order No. 13,526, 75 Fed. Reg. 707 (Dec. 29, 2009) (governing national security information). It also includes a declaration from the Office of Foreign Assets Control regarding the Government's assertion of the law enforcement privilege. The submission is being lodged for secure storage and for secure transmission to the Court (upon request) with the U.S. Department of Justice, Litigation Security Group, Washington, D.C., (202) 514-9016. The Court may contact undersigned counsel, or the Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

    Dated March 16, 2020                             Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

Counsel for Defendants