## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
GAFUR-ARSLANBEK                                           )
AKHEMDOVICH RAKHIMOV                                      )
                                                          )
                    *Plaintiff,*                          )
                                                          )
        v.                                                )        Civil Action No. 1:19-cv-2554 (JEB)
                                                          )
ANDREA M. GACKI, *et al.*,                                )
                                                          )
                    *Defendants*.                         )
                                                          )
_____ )

## JOINT APPENDIX

Pursuant to LCvR 7(n), Plaintiff hereby provides a joint appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in the memoranda in support of or in opposition to the dispositive motions at issue in this matter.

As Plaintiff claims that the redacted administrative record is facially insufficient to support his designation for providing material support or services to the Thieves-in-Law, and that the disclosed record constitutes inadequate notice and deprives him of a meaningful opportunity to respond, rebut, or otherwise correct the allegations relied upon for his designation, the joint appendix therefore contains the full administrative record that was originally disclosed to Plaintiff, as well as the replacement pages that were disclosed during briefing, which are cited and otherwise relied upon by Plaintiff in his briefings in this matter.

Defendants do not oppose Plaintiff's filing an appendix that includes the entirety of the record or revised pages from the administrative record, though they note that the parties did not cite all of those materials in their cross-motions for summary judgment.

Dated: March 20, 2020                         Respectfully submitted,


/s/ Erich C. Ferrari                          JOSEPH H. HUNT
ERICH C. FERRARI                              Assistant Attorney General
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW                    DIANE KELLEHER
Suite 400                                     Assistant Branch Director
Washington, D.C. 20004
Telephone: (202) 280-6370                     /s/ Stuart J. Robinson
Fax: (877) 448-4885                           STUART J. ROBINSON
Email: ferrari@falawpc.com                    Trial Attorney
DC Bar No. 978253                             United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              450 Golden Gate Ave.
                                              San Francisco, CA 94102
                                              Tel: (415) 436-6635
                                              Fax: (415) 436-6632
                                              Email: stuart.j.robinson@usdoj.gov
                                              Cal. Bar No. 267183