## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GAFUR-ARSLANBEK AKHEMDOVICH RAKHIMOV,**<br><br>Plaintiff,<br><br>v.<br><br>**ANDREA M. GACKI,** *et al.***,**<br><br>Defendants. | Civil Action No. 19-2554 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' Motion to Dismiss or for Summary Judgment is GRANTED;

2. Plaintiff's Motion for Summary Judgment is DENIED;

3. Judgment is ENTERED for Defendants on Counts I and III; and

4. Count II is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date:  April 20, 2020