# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GAFUR-ARSLANBEK AKHEMDOVICH RAKHIMOV,<br><br>    *Plaintiff*,<br><br>v.<br><br>ANDREA M. GACKI, *et al.*,<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:19-cv-2554 (JEB)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given this 30th day of April 2020, that Plaintiff Gafur-Arslanbek Akhemdovich Rakhimov appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order Granting Defendants' Motion to Dismiss or for Summary Judgment, Denying Plaintiff's Motion for Summary Judgment, and dismissing Count II without prejudice entered the 20th day of April, 2020, Dkt. 23, in favor of Defendants the United States Department of the Treasury's Office of Foreign Assets Control and its Director, Andrea Gacki.

    Respectfully submitted,

    /s/ Erich C. Ferrari
    Erich C. Ferrari, Esq.
    FERRARI & ASSOCIATES, P.C.
    1455 Pennsylvania Avenue, NW
    Suite 400
    Washington, D.C. 20004
    Telephone: (202) 280-6370
    Fax: (877) 448-4885

                                                              Email: ferrari@falawpc.com
                                                              D.C. Bar No. 978253

                                                              *Counsel for Plaintiff*
                                                              *Gafur Rakhimov*

Dated:       April 30, 2020